IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JESUS A SANTANA MARTINEZ<br><br>Debtor | CASE NUMBER: 25-05621 ESL<br><br>CHAPTER 11 |

MOTION REQUESTING ENTRY OF ORDER FOR THE USE OF
WEB CASH, ATM CARD, AND ACH TRANSACTIONS

TO THE HONORABLE COURT:

COMES NOW the debtor in possession represented by the undersigned attorney and respectfully sets forth and prays:

1. The Debtor filed a Chapter 13 Petition on December 11, 2025, which was converted to a Chapter 11 Petition on February 10, 2026.

2. Debtor needs this Honorable Court to authorize him to use ACH ("Automatic Clearing House) transactions in his Debtor in Possession bank account. ACH transactions are the system used nationwide for direct deposits and direct payments from and to bank accounts. The Debtor receives most of its income through transactions and needs it to efficiently pay for its ongoing utility bills and for ordinary expenses as well as internet purchases with this method and the inability to have this service will undermine debtor's ability to efficiently manage its DIP Account.

3. Debtor needs the use of Web Cash to manage and keep track of his disbursements and bank account movements. The Web Cash is the "web" or "internet" site and/or program that bank costumers use to access their accounts through the internet.

4. Finally the Debtor requests that this Honorable Court allow him to use an ATM (Automatic Teller Machine or "ATH" as commonly referred to in Puerto Rico) card on his DIP bank account with a visa or master card logo. The Card will be used by the Debtor to make the monthly payments of electricity, water service, purchases, and other necessary expenses. The use

of such card will facilitate Debtor in paying his expenses without having to go to a bank to make cash withdrawals or making a check for every expense, while records will be preserved.

WHEREFORE, Debtor in Possession herein respectfully requests that this Honorable Court authorizes him to use ACH Transactions, Web Cash and ATM Debit Card labeled as Visa of Master Card in his Debtor in Possession bank account.

**NOTICE TO CREDITORS AND PARTIES IN INTEREST**

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**CERTIFICATE OF SERVICE**: I hereby certify that on March 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties including the office of the U.S. Trustee, and I have remitted copies of this document by first class pre-paid U.S. Postal Service to all creditors and parties in interest as appear from the attached master list.

In San Juan, Puerto Rico this March 17, 2026.

*/s/Teresa M. Lube Capo*
TERESA M. LUBE CAPO.
USDC 122205
LUBE & SOTO LAW OFFICES PSC
ATTORNEYS FOR JESUS A SANTANA MARTINEZ
PO BOX 335090
PONCE PR 00733-5090
TEL: (787) 722-0909 San Juan
(787) 841-1704 Ponce
E-MAIL: lubeysoto@gmail.com

AMERICAN EXPRESS
Po Box 981535
El Paso, TX 79998-1535

AQUA-GULF TRANSPORT, INC.
1301 W Newport Center Dr
Deerfield Bch, FL 33442-7734

BANCO POPULAR DE PUERTO RICO
Po Box 362708
San Juan, PR 00936-2708

CHASE
Po Box 15298
Wilmington, DE 19850-5298

COMMERCIAL EQUIPMENT FINANCE, INC
650 LUIS MUNOZ RIVERA AVE sTE 101
San Juan, PR 00918

CRESCA CORPORATION
PMB 92 PO BOX 71325
San Juan, PR 00936

CRIM
P.O. Box BOX 195387
San Juan, PR

DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS
Po Box 195540
San Juan, PR 00919-5540

EMMANUEL VAZQUEZ MARCANO
Rr 5 Box 7763
Toa Alta, PR 00953-7708

FIRT DATA GLOBAL LEASING
4000 CORAL RIDGE DR
Coral Springs, FL 33065

FONDO DEL SEGURO DEL ESTADO
Po Box 594
Corozal, PR 00783-0594

FREE MOTION FITNESS
Po Box Box 7410479
Chicago, IL 60674-0479

HUNTER WARFIELD
4620 Woodland Corporate Blvd
Tampa, FL 33614-2415

INTERNAL REVENUE SERVICE
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Juan Carlos Fortuno Fas
Fortuno & Fortuno Fas, CSP
Po Box 3908
Guaynabo, PR 00970-3908

MONEY EXPRESS
FRENTE A CENTRO GRAN CARIBE
Carr. 2 Km 29.67
00692

MUNICIPIO DE COROZAL
9 Calle Sixto Febus
Corozal, PR 00783-2047

PR DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (424-b)
Po Box 9024140
San Juan, PR 00902-4140

TRANSNOW, INC.
1158 NORTH AVE 2ND FLOOR
Beacon, NY 12508