# Official Form 426

## Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the Periodic Report as of 12/31/2025 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a Controlled Non-Debtor Entity), as required by Bankruptcy Rule 2015.3. For purposes of this form, Debtor shall include the estate of such Debtor.

| Fill in this information to identify the case: | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **United States Bankruptcy Court for the:** | |
| **District:** | San Juan |
| **Case number:** | 25-05621 ESL |
| **Periodic Report as of (date):** | 12/31/2025 |

**[Name of Debtor] holds a substantial or controlling interest in the following entities:**

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Power Health Gym Corozal, LLC | 100% | |
| High Level Equipment, LLC | 100% | |
| Plaza Esmeralda, LLC | 100% | |
| | | |
| | | |
| | | |

This Periodic Report contains separate reports (Entity Reports) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each Entity Report consists of five exhibits.

Exhibit A: Balance sheet, statement of income (loss), statement of cash flows, and statement of changes in shareholders' or partners' equity (deficit), along with summarized footnotes.

Exhibit B: Describes the Controlled Non-Debtor Entity's business operations.

Exhibit C: Describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

Exhibit D: Describes federal, state or local taxes and tax attributes, refunds, or other benefits, and includes tax sharing or tax allocation agreements.

Exhibit E: Describes payments by the Controlled Non-Debtor Entity of claims, administrative expenses or professional fees that have been or could be asserted against any Debtor.

**This Periodic Report must be signed by a representative of the trustee or debtor in possession.**

| Official Form 426 – Page 2: Verification / Signature | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |
| The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3. | |
| **For non-individual Debtors:** | |
| **Signature of Authorized Individual** | |
| **Printed Name of Authorized Individual** | Jesús A. Santana Martínez |
| **Date (MM/DD/YYYY)** | 04/20/2026 |

| For individual Debtors: | |
|---|---|
| **Debtor 1 Signature** | |
| **Debtor 1 Printed Name** | |
| **Debtor 1 Date (MM/DD/YYYY)** | |
| **Debtor 2 Signature** | |
| **Debtor 2 Printed Name** | |
| **Debtor 2 Date (MM/DD/YYYY)** | |

# Official Form 426 – Page 3: Exhibit A: Financial Statements for Power Health Gym Corozal, LLC

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

## Exhibit A: Financial Statements for Power Health Gym Corozal, LLC

Exhibit A contains the most recently available: balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. See sub-exhibits A-1 through A-4 on the following tabs.

▼ Enter information below ▼

## Official Form 426 – Page 4: Exhibit A-1 Balance Sheet

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

### Exhibit A-1: Balance Sheet for Power Health Gym Corozal, LLC as of 12/31/2025

Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year. Describe the source of this information.

**Unaudited Balance Sheet**

**Power Health Gym Corozal, LLC**

For the year ended on December 31, 2025

| Assets | Amount ($) |
|---|---|
| **Current Assets** | |
| Cash & Equivalents | $159 |
| Inventory | $5,200 |
| Other Current Assets | $24,534 |
| **Total Current Assets** | **$29,893** |
| **Non Current Assets** | |
| PP&E, net | $410,576 |
| **Total Non Current Assets** | **$410,576** |
| **Total Assets** | **$440,469** |

| Liabilities & Equity | Amount ($) |
|---|---|
| **Current liabilities** | |
| Short-term Loans | $25,388 |
| Sales Tax Payable | $37,156 |
| **Total Current Liabilities** | **$62,544** |
| **Non-Current Liabilities** | |
| Secured Loans | $191,095 |
| SBA Loan | $41,533 |
| **Total Non-Current liabilities** | **$232,628** |
| **Total Liabilities** | **$295,172** |
| **Equity** | |
| Net Member's Capital | $86,904 |
| Beginning Ret. Earnings | $20,590 |
| Net Income (Loss) for the period | $37,803 |
| **Total Equity** | **$145,297** |
| **Total Liabilities & Equity** | **$440,469** |

| | |
|---|---|
| **Source of information:** | Financial Information including Bank Statements, Contracts, SURI. |

## Official Form 426 – Page 5: Exhibit A-2 Statement of Income (Loss) for Power Health Gym, LLC

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

### Exhibit A-2: Statement of Income (Loss) for period ending December 31, 2025

For the initial report: (a) the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and (b) the prior fiscal year. For subsequent reports, since the closing date of the last report. Describe the source of this information.

## Unaudited Income Statement (Cash Basis)

**Power Health Gym Corozal, LLC**

For the year ended on December 31, 2025

| | Amount ($) |
|---|---|
| **Income** | |
| Sales/Service Income | $347,026 |
| Non-Operational Income | $50,000 |
| **Total Income** | **$397,026** |
| | |
| **Expenses** | |
| Cost of Goods Sold | $41,700 |
| Salaries & Wages | $110,506 |
| Rent | $60,000 |
| Utilities | $32,003 |
| Advertising & Marketing | $11,221 |
| Professional Services | $2,655 |
| Reparations & Maintenance | $25,108 |
| Supplies | $6,962 |
| Taxes & Licenses | $3,220 |
| Meals & Travel | $2,036 |
| Other Operational Expenses | $10,985 |
| Finance Charges (Interest Expense) | $52,826 |
| **Total Expenses** | **$359,223** |
| | |
| **Net Income (Loss) for the period** | **$37,803** |

| | |
|---|---|
| **Source of information:** | Financial Data including Tax Return, Bank Statements and electronic financial information recorded through the year. |

## Official Form 426 – Page 6: Exhibit A-3: Statement of Cash Flows for Power Health Gym Corozal, LLC for period ending December 31, 2025

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

### Exhibit A-3: Statement of Cash Flows for Power Health Gym Corozal, LLC for period ending on 12/31/2025

Provide a statement of changes in cash position for the following periods:
(i) For the initial report: (a) the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and (b) the prior fiscal year.
(ii) For subsequent reports, since the closing date of the last report.
Describe the source of this information.

▼ Enter information below ▼

No statement of cash flows is prepared for the Controlled Non-Debtor Entities, and, therefore, the statement has been excluded from this Report

## Official Form 426 – Page 7: Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Power Health Gym Corozal, LLC for period ending December 31, 2025

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

### Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Power Health Gym Corozal, LLC for period ending 12/31/2025

Provide a statement of changes in shareholders'/partners' equity (deficit) for the following periods:
(i) For the initial report: (a) the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and (b) the prior fiscal year.
(ii) For subsequent reports, since the closing date of the last report.
Describe the source of this information.

▼ Enter information below ▼

No statement of changes in shareholders'/partners' equity (deficit) is prepared for the Controlled Non-Debtor Entities, and, therefore, the statement has been excluded from this Report.

## Official Form 426 – Page 3: Exhibit A: Financial Statements for High Level Equipment, LLC

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

## Exhibit A: Financial Statements for High Level Equipment, LLC

Exhibit A contains the most recently available: balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. See sub-exhibits A-1 through A-4 on the following tabs.

▼ Enter information below ▼

## Official Form 426 – Page 4: Exhibit A-1 Balance Sheet

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

### Exhibit A-1: Balance Sheet for High Level Equipment, LLC as of 12/31/2025

Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year. Describe the source of this information.

### Unaudited Balance Sheet

**High Level Equipment, LLC**

For the year ended on December 31, 2025

| Assets | Amount ($) |
|---|---|
| **Current Assets** | |
| Cash and Cash Equivalents | - |
| Other Current Assets | - |
| **Total Current Assets** | - |
| **Non-Current Assets** | |
| Other non-current assets | - |
| **Total Non-current Assets** | - |
| **Total Assets** | - |

| Liabilities and Owner's Equity | Amount ($) |
|---|---|
| **Current Liabilities** | |
| Short term loans | - |
| Sales Tax Payable | $19,061 |
| **Total Current Assets** | **$19,061** |
| **Non-Current Liabilities** | |
| Long term loans | - |
| Other non-current assets | - |
| **Total Pasivos No Corrientes** | - |
| **Total Liabilities** | **$19,061** |
| **Owner's Equity** | |
| Owner's Contributions | - |
| Retained Earnings (Beg. Balance) | $20,589 |
| Net Income (Loss) for the period | $2,095 |
| Oiwner's draws | ($22,684) |
| Net Deficit | ($19,061) |
| **Total Equity** | **($19,061)** |
| **Total Liabilities + Equity** | **-** |
| | - |

| | |
|---|---|
| **Source of information:** | Source of information is the Controlled Non-Debtor Entity's financial information, including the Tax Return |

## Official Form 426 – Page 5: Exhibit A-2 Statement of Income (Loss) for High Level Equipment, LLC

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

### Exhibit A-2: Statement of Income (Loss) for period ending 12/31/2025

For the initial report: (a) the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and (b) the prior fiscal year. For subsequent reports, since the closing date of the last report. Describe the source of this information.

## Unaudited Statement of Income

**High Level Equipment, LLC**

For the year ended on December 31, 2025

| | Amount ($) |
|---|---|
| **Income** | |
| Sales/Service Income | $59,309 |
| **Total Income** | **$59,309** |
| | |
| **Expenses** | |
| Cost of Goods Sold | $20,100 |
| Rent | $4,102 |
| Marketing & Advertising | $485 |
| Professional Services | $1,795 |
| Taxes & Licenses | $15,860 |
| Materials | $9,778 |
| Meals & Travel | $1,348 |
| Other Operational Expenses | $566 |
| Finance Charges (Interest Expense) | $3,181 |
| **Total Expenses** | **$57,214** |
| | |
| **Net Income (Loss) for the Period** | **$2,095** |

Source of information is the Controlled Non-Debtor Entity's financial information, including the Tax Return

## Official Form 426 – Page 6: Exhibit A-3: Statement of Cash Flows for High Level Equipment, LLC for period ending 12/31/2025

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

## Exhibit A-3: Statement of Cash Flows for High Level Equipment, LLC for period ending on 12/31/2025

Provide a statement of changes in cash position for the following periods:
(i) For the initial report: (a) the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and (b) the prior fiscal year.
(ii) For subsequent reports, since the closing date of the last report.
Describe the source of this information.

▼ Enter information below ▼

No statement of cash flows is prepared for the Controlled Non-Debtor Entities, and, therefore, the statement has been excluded from this Report

## Official Form 426 – Page 7: Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (Deficit) for High Level Equipment, LLC for period ending 12/31/2025

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

### Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (Deficit) for High Level Equipment, LLC for period ending 12/31/2025

Provide a statement of changes in shareholders'/partners' equity (deficit) for the following periods:
(i) For the initial report: (a) the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and (b) the prior fiscal year.
(ii) For subsequent reports, since the closing date of the last report.
Describe the source of this information.

▼ Enter information below ▼

No statement of changes in shareholders'/partners' equity (deficit) is prepared for the Controlled Non-Debtor Entities, and, therefore, the statement has been excluded from this Report.

## Official Form 426 – Page 3: Exhibit A: Financial Statements for Plaza Esmeralda, LLC

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

## Exhibit A: Financial Statements for Plaza Esmeralda, LLC

Exhibit A contains the most recently available: balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. See sub-exhibits A-1 through A-4 on the following tabs.

▼ Enter information below ▼

## Official Form 426 – Page 4: Exhibit A-1 Balance Sheet

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

### Exhibit A-1: Balance Sheet for Plaza Esmeralda, LLC as of 12/31/2025

Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year. Describe the source of this information.

**A balance sheet is not presented for this entity as of the reporting date, as it does not maintain any material assets; all rental income generated during the period was utilized for leasehold improvements, with no remaining asset balances reflected at year-end.**

| BALANCE SHEET ITEMS | Current Period End | |
|---|---|---|
| **ASSETS** | | |
| Cash and Cash Equivalents | | |
| Accounts Receivable | | |
| Inventory | | |
| Other Current Assets | | |
| Total Current Assets | | |
| Property, Plant & Equipment (net) | | |
| Intangible Assets | | |
| Other Long-Term Assets | | |
| **TOTAL ASSETS** | | |
| **LIABILITIES** | | |
| Accounts Payable | | |
| Accrued Liabilities | | |
| Short-Term Debt | | |
| Other Current Liabilities | | |
| Total Current Liabilities | | |
| Long-Term Debt | | |
| Other Long-Term Liabilities | | |
| **TOTAL LIABILITIES** | | |
| **SHAREHOLDERS'/PARTNERS' EQUITY (DEFICIT)** | | |
| Common Stock / Contributed Capital | | |
| Retained Earnings (Deficit) | | |
| Other Equity Components | | |
| **TOTAL EQUITY (DEFICIT)** | | |
| **TOTAL LIABILITIES AND EQUITY** | | |
| **Source of information:** | | |

## Official Form 426 – Page 5: Exhibit A-2 Statement of Income (Loss) for Plaza Esmeralda, LLC

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

### Exhibit A-2: Statement of Income (Loss) for period ending [date]

For the initial report: (a) the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and (b) the prior fiscal year. For subsequent reports, since the closing date of the last report. Describe the source of this information.

## Unaudited Income Statement (Cash Basis)

**Plaza Esmeralda, LLC**

For the year ended December 31, 2025

| | Amount ($) |
|---|---|
| **Income** | |
| Rent Income | $12,540 |
| **TOTAL INCOME** | **$12,540** |
| | |
| **Expenses** | |
| Professional Services paid | $2,400 |
| Licenses | $80 |
| Repairs & Maintenance | $9,956 |
| Bank Charges | $104 |
| **TOTAL EXPENSES** | **$12,540** |
| | |
| **Net Income (Loss) For the period** | **-** |

Source of information is the Controlled Non-Debtor Entity's financial information, including the Tax Return

## Official Form 426 – Page 6: Exhibit A-3: Statement of Cash Flows for Plaza Esmeralda, LLC for period ending 12/31/2025

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

### Exhibit A-3: Statement of Cash Flows for Plaza Esmeralda, LLC for period ending on 12/31/2025

Provide a statement of changes in cash position for the following periods:
(i) For the initial report: (a) the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and (b) the prior fiscal year.
(ii) For subsequent reports, since the closing date of the last report.
Describe the source of this information.

▼ Enter information below ▼

No statement of cash flows is prepared for the Controlled Non-Debtor Entities, and, therefore, the statement has been excluded from this Report

## Official Form 426 – Page 7: Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Plaza Esmeralda, LLC for period ending 12/31/2025

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

### Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Plaza Esmeralda, LLC for period ending 12/31/2025

Provide a statement of changes in shareholders'/partners' equity (deficit) for the following periods:
(i) For the initial report: (a) the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and (b) the prior fiscal year.
(ii) For subsequent reports, since the closing date of the last report.
Describe the source of this information.

▼ Enter information below ▼

No statement of changes in shareholders'/partners' equity (deficit) is prepared for the Controlled Non-Debtor Entities, and, therefore, the statement has been excluded from this Report.

## Official Form 426 – Page 8: Exhibit B: Description of Operations for Controlled Non-Debtor Entities

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

### Exhibit B: Description of Operations for Controlled Non-Debtor Entities

Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.
Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.
Describe the source of this information.

▼ Enter information below ▼

| Name of Controlled Non-Debtor Entity | Description of Business Operations |
|---|---|
| **Power Health Gym Corozal, LLC** | Operates a commercial fitness facility. The Company generates revenue primarily through membership fees that provide clients access to its gym facilities. In addition, the Company offers personal training services and earns supplemental income from the sale of nutritional supplements, beverages, and other fitness-related products. |
| **High Level Equipment, LLC** | Engaged in the purchase and sale of gym equipment, as well as maintenance services for these equipments. |
| **Plaza Esmeralda, LLC** | Engaged in leasing commercial spaces. he Company generates revenue primarily through rental income derived from leasing commercial space to third parties under contractual lease agreements. |

## Official Form 426 – Page 9: Exhibit C: Description of Intercompany Claims

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

### Exhibit C: Description of Intercompany Claims

List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.
Describe the source of this information.

▼ Enter information below ▼

No intercompany claims are reported for the Controlled Non-Debtor Entities.

## Official Form 426 – Page 10: Exhibit D: Allocation of Tax Liabilities and Assets

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

### Exhibit D: Allocation of Tax Liabilities and Assets

Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.
Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.
Describe the source of this information.

▼ Enter information below ▼

Sales Taxes Payable pertaining to the Controlled Non-Debtor Entities have been included in the respective entities Balance Sheets.

## Official Form 426 – Page 11: Exhibit E: Description of Controlled Non-Debtor Entity's Payments of Administrative Expenses or Professional Fees Otherwise Payable by a Debtor

| | |
|---|---|
| **Debtor Name:** | Jesús A. Santana Martínez |
| **Case Number:** | 25-05621 ESL |

## Exhibit E: Description of Controlled Non-Debtor Entity's Payments of Administrative Expenses or Professional Fees Otherwise Payable by a Debtor

Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.
Describe the source of this information.

▼ Enter information below ▼

No such payments have been paid by the Controlled Non-Debtor Entities.