IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | CASE NO. 25-05621 ESL |
| JESUS A. SANTANA MARTINEZ | CHAPTER 11 Sub-Chapter V |
| DEBTOR | |

OBJECTION TO CLAIM # 14
AND NOTICE OF OPPORTUNITY FOR HEARING

TO THE HONORABLE COURT:

Debtor in Possession, through the undersigned counsel, respectfully States and Prays as follows:

1. Debtor in Possession filed the instant bankruptcy petition on Deccember 11, 2025 under the provisions of Chapter 13 of the Bankruptcy Code and on February 10, 2026 the case was converted to Chapter 11 under the provisions of Sub Chapter V of the Bankruptcy Code.

2. On February 9, 2026, Emmanuel Vázquez Marcano filed claim No. 14 in the amount of $80,000.00.

3. Emmanuel Vázquez Marcano has appeared in this case through counsel Jessica E. Méndez Colberg at docket number 19. Thus claimant is duly represented and the provisions that require that movant must also certify whether or not the claimant is a servicemember as required by § 201(b)(1) of the Servicemembers Civil Relief Act of 2003 ("SCRA") do not apply.

4. Debtor in Possession objects to the secured status asserted in Claim No. 14 filed by Emmanuel Vázquez Marcano (“Claimant”) which identifies in box 9 of the POC to be a secured claim.

5. The objection is grounded in Claimant's failure to substantiate Lien. Pursuant to Fedral Rule of Bankruptcy Procedure 3001 (d), if a security interest in property of the debtor is claimed, the proof of claim shall be accompanied by evidence that the security interest has been perfected. Claim #14 is not entitled to secured status as it is devoid of documentation of a duly perfected lien or interest or financing statement as required by 19 P.R.LA §.2223 and 2260 (PR Commercial Transactions Act).

5. Because Claimant has failed to establish a valid, enforceable, and perfected lien against property of the estate, the claim is unenforceable as a secured claim under 11 U.S.C. § 502 (b)(1). and debtor requests that Claim #14 be reclassified and allowed strictly as a General Unsecured Claim.

NOTICE IN COMPLIANCE WITH LBR 3007-1

CLAIMANTS AND PARTIES IN INTEREST PEASE TAKE NOTICE that: Within thirty (30) days after service as evidence by the certifications, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you file a timely response, the Court may – in its discretion – schedule a hearing. This Motion requires a Written Response.

**Requirement of written response**: If a claimant contests an objection to claim, it must file with the Clerk a written response to the objection. The response must state with particularity why the proof of claim should be allowed, must contain any documentation in support of the allowance of the proof of claim should be denied. A response to an objection to claim must be served on the objecting party and any other party entitled to receive notice of the response. A claimant who does not file a timely response to a properly served objection to claim is deemed to have agreed that the objection to claim may be granted. If a timely response is not filed, the court may grant the objection to claim without further notice of hearing. LBR 3007-1 (d).

WHEREFORE, the undersigned prays this Honorable Court that unless a written request for hearing on opposition to this objection is filed by claimant, to allow or disallow the aforementioned claims as requested.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this May 13, 2026.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system.

I FURTHER CERTIY THAT: Copy of the forgoing document has been mailed by first class mail to the claimant, Emmanuel Vázquez Marcano, RR 5 Box 7763 Quebrada Cruz, Toa Alta PR 00953 and to his Attorney, Jessica E. Méndez Colberg, PO Box 8008, Ponce, PR 00732

*/s/Teresa M. Lube Capo*
TERESA M. LUBE CAPO.
USDC 122205
LUBE & SOTO LAW OFFICES PSC
PO BOX 335090
PONCE PR 00733-5090
TEL: (787) 722-0909 San Juan
(787) 841-1704 Ponce
E-MAIL: lubeysoto@gmail.com